UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SUZANNE MONTGOMERY,<br><br>　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>　　Defendant. | Case No. 1:22-CV-00492-AA<br><br><br>ORDER |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is ORDERED that John E. Haapala, Jr., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $$9,112.55.  Counsel may retain the $7,350.04 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $1,762.52 due to counsel.  Commissioner will deduct from the balance of $1,762.52 an administrative assessment pursuant to 42 USC § 406(d), and pay Plaintiff's counsel the remainder.

　　　　DATED this 　2nd day of June, 2025　　　　.

　　　　　　　　　　　　　　　　　　　　/s/Ann Aiken　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:
John E. Haapala, Jr.; OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff

Page 1　　　ORDER